**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02348-LTB-KMT

RACHEL LUCHACO,

       Plaintiff,

v.

COLORADO STATE PATROL,

       Defendant.

_____

**ORDER**
_____

Upon Defendant's Response in Opposition to Plaintiff's Motion to Appoint Local Magistrate Judge (Doc 24 - filed February 13, 2009), it is

ORDERED that Plaintiff's Motion to Change Venue (Doc 15) is DENIED WITHOUT PREJUDICE.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   February 17, 2009