IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02348–LTB–KMT

RACHEL LUCHACO,

    Plaintiff,

v.

COLORADO STATE PATROL,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Amend Scheduling Order" (# 32, filed June 12, 2009) is GRANTED. The Scheduling Order (#23, filed February 12, 2009) is amended to extend the following deadlines as follows: the Expert Witness Disclosure Deadline is extended to August 17, 2009; the Rebuttal Expert Witness Disclosure Deadline is extended to September 17, 2009; the Discovery Cut-off is extended to October 26, 2009; and the Dispositive Motion Deadline is extended to November 30, 2009.

Dated: June 16, 2009