IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02348–LTB–KMT

RACHEL LUCHACO,

    Plaintiff,

v.

COLORADO STATE PATROL,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for Protective Order" (#35, filed October 21, 2009) is GRANTED. The Protective Order will be entered.

Dated: October 22, 2009