IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02348–LTB–KMT

RACHEL LUCHACO,

    Plaintiff,

v.

COLORADO STATE PATROL,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Scheduling Order" (#37, filed October 26, 2009) is GRANTED.  The discovery cutoff is extended to January 27, 2010; the dispositive motions deadline is extended to February 26, 2010.  The December 15, 2009 Final Pretrial Conference is VACATED and RESET to April 27, 2010 at 9:00 a.m.  A preliminary Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five days before the Final Pretrial Conference.

Dated: October 28, 2009