# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   08-cv-02348-LTB-KMT | FTR |
| **Date:**  December 28, 2009 | Debra Brown, Deputy Clerk |
| RACHEL LUCHACO | John Keith Killian |
| | Nicholas W. Mayle |
| Plaintiffs. | |
| v. | |
| COLORADO STATE PATROL | Christine K. Wilkinson |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in Session: 2:04 p.m.**

Court calls case.  Appearance of Counsel. Also present on the conference call is the plaintiff, Rachel Luchaco.

Plaintiff's [42] MOTION for Protective Order at issue.
Argument by Counsel.

**ORDERED:**   Plaintiff's [42] MOTION for Protective Order is **GRANTED.** The deposition of the Plaintiff will be taken in Grand Junction, Colorado at the specified date and time.

**ORDERED:**   The Motion for protective order is limited to the facts of Plaintiff's deposition only. No costs will be awarded either party.

**Court in recess: 2:20 p.m.**
Total In-Court Time 0:16; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.