IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No.   08-cv-02348-LTB-KMT | FTR |
| Date:  March 29, 2010 | Debra Brown, Deputy Clerk |
| RACHEL LUCHACO | John Keith Killian (Telephone) |
| Plaintiffs. | |
| v. | |
| COLORADO STATE PATROL | Christine K. Wilkinson |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:03 a.m.**

Court calls case.  Appearance of Counsel.

Defendant's [49] MOTION to Amend Scheduling Order, to Take Plaintiff's Deposition at issue. Argument by Counsel.

**ORDERED:** Defendant's [49] MOTION to Amend Scheduling Order to Take Plaintiff's Deposition is **GRANTED**.  Defendant is allowed to take a continued deposition of Plaintiff, Rachel Luchaco, for up to a maximum of an additional four (4) hours. The continued deposition shall be completed by **April 09, 2010**.

**ORDERED:** Discovery is extended to **April 30, 2010** for the sole purpose of allowing defendant to take the depositions of plaintiff's parents, plaintiff's in-laws and the plaintiff's expert as noted herein. The dispositive motion deadline remains set for **April 23, 2010.**

**ORDERED**: Counsel for Plaintiff will personally assure that dates, times and locations for defendant to depose plaintiff's two parents and plaintiff's mother-in-law and plaintiff's father-in-law are communicated to the deponents.  The defendant is responsible for issuing appropriate subpoenas once the dates are agreed upon through plaintiff's counsel.  Plaintiff's counsel will assure the attendance of the four deponents as arranged.

08-cv-02348-LTB-KMT
Page 2
March 29, 2010

**ORDERED:** Plaintiff's Gender Discrimination Expert's report shall be filed and the expert deposed no later than **April 30, 2010.**

**Court in recess: 9:40 a.m.**
Total In-Court Time 0:37; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.