# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

Civil Action No.   08-cv-02348-LTB-KMT                    FTR

**Date:**  April 19, 2010                                Debra Brown, Deputy Clerk

RACHEL LUCHACO                                           John Keith Killian (Telephone)

                        Plaintiff.

v.

COLORADO STATE PATROL                                    Christine K. Wilkinson

                        Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**

**Court in Session: 10:24 a.m.**

Court calls case.  Appearance of Counsel.

Plaintiff's [58] (SEALED) MOTION to Compel Discovery Responses at issue.

**ORDERED:**   Plaintiff's [58] (SEALED) MOTION to Compel Discovery Responses is **GRANTED.**

**ORDERED:**   With respect to Interrogatory No. 3 Defendant is ordered to respond completely.

**ORDERED:**   With respect to Request for Production No. 18, Defendant shall provide all documentation relating to any disciplinary or corrective action sustained by Todd Low and the contents of the complete Internal Affairs file regarding Trooper Low.

**ORDERED:**   Further, Defendant shall produce documents and its completed response to within seven (7) days.

**ORDERED:**   Discovery cut-off date is extended to May 10, 2010 for the sole purpose of allowing Plaintiff to depose the supervisor or HR Representative at Colorado State Patrol  who may have knowledge of the "corrective letter" noted in Trooper Low's employment file. The deposition shall be limited to two (2) hours in length.

**Court in recess: 10:51 a.m.**                    Total In-Court Time 0:27; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.