IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02348-LTB-KMT

RACHEL LUCHACO,

       Plaintiff,

v.

COLORADO STATE PATROL,

       Defendant.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Case (Doc 128 - filed November 5, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

IT IS FURTHER ORDERED that Plaintiff's Motion for Additional Trial Time (Doc 96) and Motion for Contempt (Doc 124) are DENIED AS MOOT.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE

DATED:   November 8, 2010